ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**GREENTECH ENERGY SYSTEMS A/S, NOVENERGIA GENERAL PARTNER S.A., and NOVENERGIA II ITALIAN PORTFOLIO,**

       Petitioners,

 - against -

**ITALIAN REPUBLIC,**

       Respondent.

19 Civ. 4398 (LLS)

**ORDER**

  This is a civil action against a foreign state, in which no party is a citizen or resident of the United States and no event or omission giving rise to the claim or any other aspect of the claim has any connection to New York, and the selection of its proper venue as the United States District Court for the District of Columbia provided by 28 U.S.C. § 1391(f)(4) ("Civil actions against a foreign state") prevails. The fact that the case was required to be removed to this Court from the Supreme Court, New York County means no more than that this Court is the proper one to determine the issue of its venue. Accordingly,

  (1) The Clerk shall forthwith transfer this action to the United States District Court for the District of Columbia, and

  (2) The application for a stay is respectfully referred to

that court.

So ordered.

Dated:   New York, New York
         November 8, 2019

                                     *Louis L. Stanton*
                                     LOUIS L. STANTON
                                         U.S.D.J.